1

2

3

4

5

6

7

FILED
CLERK, U.S. DISTRICT COURT

MAR - 3 2025

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

8         # UNITED STATES DISTRICT COURT
9         # CENTRAL DISTRICT OF CALIFORNIA

10

11   UNITED STATES OF AMERICA,          )    Case No.: 8:25-mj-00148
                                        )
12                         Plaintiff,   )    ORDER OF DETENTION AFTER
                                        )    HEARING
13              vs.                     )    [Fed. R. Crim. P. 32.1(a)(6); 18 U.S.C.
                                        )    § 3143(a)]
14   Edith Espiritu Comporan            )
                                        )
15                         Defendant.   )

16

17        The defendant having been arrested in this District pursuant to a warrant issued

18   by the United States District Court for the _____S. D. Cal._____,

19   for alleged violation(s) of the terms and conditions of his/her [probation] [supervised

20   release]; and

21        The Court having conducted a detention hearing pursuant to Federal Rule of

22   Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

23        The Court finds that:

24   A.   (✓) The defendant has not met his/her burden of establishing by clear and

25        convincing evidence that he/she is not likely to flee if released under 18 U.S.C. §

26        3142(b) or (c).  This finding is based on _instant allegations of failing_

27        _to report; family ties in Mexico_____

28        _____

1
2
3       and/or
4   B.      (✓) The defendant has not met his/her burden of establishing by clear and
5       convincing evidence that he/she is not likely to pose a danger to the safety of any
6       other person or the community if released under 18 U.S.C. § 3142(b) or (c).  This
7       finding is based on ___instant allegations of continuing substance___
8       ___abuse while on supervised release___
9
10
11
12
13          IT THEREFORE IS ORDERED that the defendant be detained pending further
14  revocation proceedings.
15
16  DATED:    3/3/25
17                                          KAREN E. SCOTT
                                            UNITED STATES MAGISTRATE JUDGE
18
19
20
21
22
23
24
25
26
27
28

Page 2 of 2